consideration had failed. There was evidence in support of these pleas, and the jury found for the defendant. Plaintiff moved for a new trial on the general grounds, and for newly discovered evidence; but there was no showing that the matters in the affidavit containing the new evidence were previously unknown, nor as to diligence in procuring evidence. The motion was overruled.

JAMES DODSON & SON, for plaintiff.

FORT & WATSON, for defendant

---

### CHILDS v. THE STATE.

There was no error in overruling the motion for a new trial.
April 16, 1894.                              *Judgment affirmed.*

Indictment for assault with intent to murder. Before Judge BARTLETT. Bibb superior court. November term, 1893.

JAMES H. BLOUNT, Jr., for plaintiff in error.

W. H. FELTON, Jr., solicitor-general, *contra.*

---

### KENT v. THE STATE.

There was no error in denying a new trial.     *Judgment affirmed.*
April 16, 1894.

Indictment for assault with intent to murder. Before Judge RONEY. Burke superior court. December term, 1893.

JOHNSTON & BRINSON, for plaintiff in error.

W. H. DAVIS, solicitor-general, *contra.*